COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re State Farm Mutual Automobile Insurance Company

Appellate case number:   01-22-00619-CV

Trial court case number:  20-DCV-278448

Trial court:            458th District Court of Fort Bend County

On August 26, 2022, relator, State Farm Mutual Automobile Insurance Company ("State Farm"), filed a petition for a writ of mandamus arguing that the trial court abused its discretion by denying its "Motion to Quash, Objection, and Motion for Protective Order," in connection with three depositions noticed by real party in interest, Willem Ghijsen.  State Farm also filed a motion for temporary relief, requesting that this Court enter an order to stay enforcement of the trial court's order compelling depositions of three State Farm employees and representatives pending resolution of this mandamus petition.

On September 8, 2022, we granted State Farm's request for temporary relief and requested that Ghijsen submit a response to the petition for writ of mandamus.  Pursuant to our September 8, 2022 order, Ghijsen's response was due to be filed on or before September 28, 2022.  On September 27, 2022, Ghijsen filed an "Unopposed First Motion for Extension of Time to File Response of Real Party in Interest."

In his motion, Ghijsen requests that his deadline for responding to State Farm's mandamus petition be extended to October 28, 2022.  In support of the request, counsel for Ghijsen states that he "has not had adequate time to review the record, research the law, and prepare the response because of his work" in various other matters.  Ghijsen's motion includes a certificate of conference stating that counsel for State Farm is not opposed to the extension requested by Ghijsen.

Ghijsen's motion to extend is **granted**.  His response to State Farm's petition for writ of mandamus is due to be filed with this Court on or before **October 28, 2022**.

It is so ORDERED.

Judge's signature:  ____/s/ Amparo Guerra_____
                        ☑Acting individually     ☐ Acting for the Court

Date:  ____October 4, 2022_____